**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**DANIEL M. SUNDBECK AND**
**LUCY SUNDBECK**                                                            **PLAINTIFFS**

**VS.**                                                                          **NO. 1:10CV23-A-D**

**MILTON O. SUNDBECK, JR.**                                             **DEFENDANT**

**ORDER**

Counsel for the Defendant has announced to the Court that Dr. Marianne Barnes will not

be tendered as an expert witness at trial. Consequently, Plaintiffs' Motion to Strike the

Designation of Dr. Marianne Barnes and Exclude Her Testimony and Request for Oral

Argument Pursuant to Local Rule 7(b)(6)(A) [71] is hereby terminated as moot.

SO ORDERED THIS, the _30th___ day of September, 2011.


_____/s/ Sharion Aycock_____
**UNITED STATES DISTRICT JUDGE**

952243