# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

DANIEL M. SUNDBECK AND
LUCY SUNDBECK                                                           PLAINTIFFS

VS.                                                                     NO. 1:10CV23-A-D

MILTON O. SUNDBECK, JR.                                                 DEFENDANT

## ORDER

Counsel for the Defendant has announced to the Court that Dr. Marianne Barnes will not be tendered as an expert witness at trial. Consequently, Plaintiffs' Motion to Strike the Designation of Dr. Marianne Barnes and Exclude Her Testimony and Request for Oral Argument Pursuant to Local Rule 7(b)(6)(A) [71] is hereby terminated as moot.

SO ORDERED THIS, the _30th___ day of September, 2011.


                                                                                     **/s/ Sharion Aycock**
                                                         **UNITED STATES DISTRICT JUDGE**